FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 05 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARY CONNER, individually and as the representative of a class of similarly situated persons,

        Plaintiff,

-against-

GANNI, INC.,

        Defendant.

No. 1:19-cv-6146-WFK-RML

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: 3/3/2020
New York, New York

SHAKED LAW GROUP P.C.

Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
917-373-9128
shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

MORRISON COHEN LLP

Fred H. Perkins
909 Third Avenue
New York, New York 10022
Phone: (212) 735-8647
*Attorneys for Defendant*

#9220543 v2 \027856 \0004

The application is ✓ granted.
SO ORDERED             denied.

s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: March 3, 2020
Brooklyn, New York